IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ADAM BRADY DEARMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | CIVIL No. 7:14-CV-83-HL-TQL |
| SHUNDA WOODS, *et al.,* | : | |
| | : | PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| Defendants. | : | |

**O R D E R**

Plaintiff Adam Dearman, a state prisoner currently confined at the Valdosta State Prison, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. In an Order dated June 16, 2014, Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) was granted, and he was ordered to pay an initial partial filing fee within twenty-one days. (Doc. 6.) In response, on July 2, 2014, Plaintiff filed a letter with the Court giving his "permission" for the initial partial filing fee to be removed from his inmate account. As of the date of this Order, however, no payment of the initial partial filing fee has been docketed in Plaintiff's case.

WHEREFORE, Plaintiff's complaint is hereby DISMISSED without prejudice for his failure to comply with the Court's order.

SO ORDERED, this 2nd day of September, 2014.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

lws